# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID DERRILL BRIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-1183-F |
| | ) | |
| JUSTIN JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff is a state prisoner appearing *pro se* whose pleadings in this civil rights action are liberally construed. On December 23, 2014, Magistrate Judge Charles B. Goodwin entered a Report and Recommendation (the Report, doc. no. 11), recommending transfer of this action to the United States District Court for the Eastern District of Oklahoma. Plaintiff filed a document, doc. no. 12, which refers to "speedy trial & remedy objections." Doc. no. 12, p. 1. The document also states that plaintiff would like to join two additional parties. *Id.* Accordingly, the clerk has docketed it as a motion. Construing plaintiff's filing liberally, the court construes doc. no. 12 as both an objection to the Report, and as a motion to join additional parties.

The objection does not argue that transfer is improper or that the case should not be transferred. Rather, plaintiff states that "if transferring the case will delay it, then more damages may arise," and he contends that "a speedy trial & speedy remedy" is necessary "to minimize damages." Doc. no. 12, p. 2.

Transfer, as recommended in the Report, should not delay this matter. The court further notes that if the transferee court grants plaintiff's motion to add the two parties

requested by the plaintiff, the addition of these particular parties would not change the analysis regarding transfer.

Accordingly, after *de novo* review of all arguably objected to matters as required by 28 U.S.C. §636(b)(1), the court finds that it agrees with the Report and Recommendation of the Magistrate Judge and that no purpose would be served by stating any further analysis here.

Accordingly, plaintiff's objections to the Report and Recommendation of Magistrate Judge Goodwin are **DENIED**, and the Report and Recommendation is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. To the extent that doc. no. 12 constitutes an objection to the Report, it is denied; to the extent that doc. no. 12 has been construed as a motion, doc. no. 12 continues to pend for consideration by the transferee court. For the reasons stated in the Report, this action is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Oklahoma.

Dated this 9th day of January, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1183p001.wpd